No. 91–5266.  Eves v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 91–5268.  Barrett v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 91–5269.  Agnew v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 91–5270.  Gutierrez v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 91–5271.  Sumlin v. Lockhart, Director, Arkansas Department of Correction.  C. A. 8th Cir.  Certiorari denied.

No. 91–5272.  Shelton v. Cunningham et al.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 91–5273.  Horton v. Notorfrancesco et al.  C. A. 3d Cir.  Certiorari denied.

No. 91–5274.  Ochoa v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 91–5275.  McCoy v. District Court of Appeal, First District, et al.  Sup. Ct. Fla.  Certiorari denied.

No. 91–5276.  Johnson v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 91–5277.  Levand v. Wall Ambulance Service et al.  C. A. 8th Cir.  Certiorari denied.

No. 91–5278.  Diaz v. Kuhlmann, Superintendent, Sullivan Correctional Facility, et al.  C. A. 2d Cir.  Certiorari denied.

No. 91–5279.  Jefferson v. United States; and
No. 91–5280.  Jefferson v. United States.  C. A. 10th Cir.  Certiorari denied.  Reported below: 925 F. 2d 1242 and 931 F. 2d 1396.

No. 91–5281.  Krupp v. Neubert, Administrator, Bayside State Prison, et al.  C. A. 3d Cir.  Certiorari denied.